# LAW OFFICES OF
# BROCK & STOUT

POST OFFICE DRAWER 311167
ENTERPRISE, ALABAMA 36331-1167
(334) 393-4357
Fax: (334) 393-0026

WWW.BROCKANDSTOUT.COM

July 28, 2023

U.S. Bankruptcy Court
Middle District of Alabama
One Church Street
Montgomery, AL   36104

RE:  Address Change
Debtor:  Kimerial La Ada Weston
Case #:  22-31510

Dear Mr. Guerrero:

Please be advised that Kimerial La Ada Weston has had a recent change of address; therefore, we request that any correspondence be sent to the following address:

1803 Gatsby Dr
Montgomery, AL 36106

Should you have any questions or wish to discuss this matter more fully, please feel free to contact me.

Sincerely,

/s/ Tina Brock
Legal Assistant for Michael D. Brock